IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| RONALD W. WALDEN JR., <br> an individual, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No: 2:16-cv-00216-RAJ-DEM |
| v. | ) <br> ) | |
| ISTAR BOWLING CENTERS I LP <br> a Delaware Limited Partnership, | ) <br> ) <br> ) | |
| Defendant. | ) <br> / | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ronald W. Walden, Jr., having settled all claims with Defendant Istar Bowling Centers LLP, hereby dismisses this action with prejudice. No answer or motion for summary judgment has been filed in this case by Defendant nor has Plaintiff previously dismissed any federal or state court action based upon or including the same claim.

Dated: June 16, 2016

                                                            Respectfully Submitted,

By:    /s/Deborah C. Waters    .
           Deborah C. Waters, Esquire
           Waters Law Firm, P.C.
           Virginia State Bar #28913
           dwaters@waterslawva.com
           Town Point Center Building, Suite 600
           150 Boush Street
           Norfolk, VA 23510
           Telephone: (757) 446-1434
           Facsimile: (757) 446-1438
           **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of such filing has been mailed to the following:

Rick Chung
General Counsel
Bowlmor AMF Corp.
222 West 44th Street
New York, NY 10036

                                                                      /s/Deborah C. Waters
                                                             Deborah C. Waters, Esquire
                                                             Waters Law Firm, P.C.
                                                             Virginia State Bar #28913
                                                             dwaters@waterslawva.com
                                                             Town Point Center Building, Suite 600
                                                             150 Boush Street
                                                             Norfolk, VA 23510
                                                             Telephone: (757) 446-1434
                                                             Facsimile: (757) 446-1438